United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. MACDEVITT,

    Plaintiff,

    v.

CALIFORNIA PIZZA KITCHEN,

    Defendant.
_____/

No. C- 10-00815 VRW (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for December 10, 2010 is VACATED.

Dated: November 3, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge