**LAW OFFICES OF PERRY C. WANDER**
Perry Wander, Esq. (SBN: 102523)
9300 Wilshire Blvd., Suite 508
Beverly Hills, CA 90212
Telephone:    310-274-9985
Facsimile:    310-274-9987

**KALCHEIM LAW GROUP, P.C.**
Mitch Kalcheim (SBN: 175846)
9300 Wilshire Blvd., Suite 508
Beverly Hills, CA 90212
Telephone:    310-461-1210
Facsimile:    310-461-1212

Attorneys for Plaintiff Christopher Macdevitt

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MACDEVITT<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN,<br><br>Defendant. | **Case No.** 3:10-CV-00815 VRW<br><br>[PROPOSED] ORDER DISMISSING CLAIMS ACTION |

[PROPOSED] ORDER                1

1  Pursuant to the parties' stipulation and upon good cause shown, IT IS HEREBY
2  ORDERED that Christopher MacDevitt's claims are dismissed with prejudice; the
3  parties will bear their own costs and attorneys' fees; and the Court shall retain
4  jurisdiction to enforce the terms of the parties' settlement.
5  IT IS SO ORDERED.

7  Dated: _____December 14_____, 2010

8  _____
   Honorable Vaughn R Walker
9  United States District Judge

[PROPOSED] ORDER                2